**Don Victor HARBOLT, Jr., Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 71-1762

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 10, 1971.

Don Victor Harbolt, Jr., pro se.

---

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

---

John L. Briggs, U. S. Atty., Bernard H. Dempsey, Jr., Asst. U. S. Atty., Tampa, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. See United States v. Harbolt, 426 F.2d 1346 (5th Cir. 1970). See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).